**Electronically Filed
Supreme Court
SCPW-22-0000398
12-JUL-2022
11:50 AM
Dkt. 3 ODDP**

SCPW-22-0000398

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

ROBERTA WILBORN, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CASE NO. 1CPC-19-0000658)

ORDER DISMISSING PETITION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Roberta Wilborn's "Notice of Appeal," filed on June 17, 2022, which we construe as a petition, and the record, to the extent petitioner seeks relief from this court, this court does not have original jurisdiction to declare her arrest or custody in connection with 1CPC-19-0000658 to be illegal. See HRS §§ 602-58(a), 603-21.5(a)(1). Accordingly,

It is ordered that the petition is dismissed.

It is further ordered that the appellate court clerk shall process the petition without payment of the filing fee.

It is finally ordered that the appellate court clerk shall serve a copy of this order on petitioner's counsel in 1CPC-19-0000658, Nelson W.S. Goo, Esq.

DATED: Honolulu, Hawaiʻi, July 12, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins